**FILED**
May 12, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:16-mj-00092-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOE NERSESYAN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joe Nersesyan</u>; Case <u>2:16-mj-00092-EFB</u> from custody and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $100,000.00, co-signed by Anaid Nersesyan and Brian Martin

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions; Third Party Custody to Anaid Nersesyan and Brian Martin; defendant to be released to the custody of Pretrial Services on 5/18/2016 at 9:00 AM to attend Wellspace</u>

Issued at <u>Sacramento, CA</u> on ___5/12/2016___ at __2:35 pm__.

By _____
Kendall J. Newman
United States Magistrate Judge