CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
JOE NERSESYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00108-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| JOE NERSESYAN, | |
| Defendant. | |

The United States of America, through its counsel Justin L. Lee, and Joe Nersesyan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on July 29, 2016, may be continued to September 2, 2016, at 9:00 a.m.

A continuance of the status conference is necessary because Clyde M. Blackmon has only recently substituted into the case to represent Mr. Nersesyan and requires additional time to review discovery and investigate various aspects of the matter. Therefore, the parties request the Court to continue the status conference to September 2, 2016.

1    The parties further stipulate that the time from the
2    currently set status conference on July 29, 2016, through
3    September 2, 2016, the requested date for the continued status
4    conference, should be excluded from the computation of the time
5    period in which trial should commence under the Speedy Trial
6    Act.  The parties stipulate that, taking into account the
7    exercise of due diligence, the ends of justice would be served
8    by the Court excluding that period of time from the computation
9    due to the need for defense counsel to have reasonable time for
10   effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv) and
11   Local Code T4.  For these reasons, the parties stipulate and
12   agree that the ends of justice served by granting the requested
13   continuance of the status conference outweigh the bests
14   interests of the public and Mr. Nersesyan in a speedy trial.
15   DATED:     July 25, 2016          Rothschild Wishek & Sands LLP

16                                     By:  //s// Clyde M. Blackmon
17                                          CLYDE M. BLACKMON
                                            Attorneys for Defendant
                                            Joe Nersesyan
18

19   DATED:     July 25, 2016          By: //s// Clyde M. Blackmon for
20                                          Justin L. Lee,
                                            Assistant U.S. Attorney
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1

**<u>ORDER</u>**

2      IT IS ORDERED that the status conference currently set for

3  July 29, 2016, at 9:00 a.m. is continued to September 2, 2016,

4  at 9:00 a.m. For the reasons stipulated by the parties, good

5  cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time

6  is excluded under the Speedy Trial Act through September 2,

7  2016. For the reason set forth in the stipulation of the

8  parties, the ends of justice served by granting this continuance

9  outweigh the best interests of the public and Mr. Sullivan in a

10  speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

11  Dated:  July 25, 2016

12

13

14  _____
    GARLAND E. BURRELL, JR.
15    Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE