1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  JOE NERSESYAN

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00108-GEB
12 |         Plaintiff,        | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
13 |    vs.                    |
14 | JOE NERSESYAN,            | Date: September 2, 2016
   |                           | Time: 9:00 a.m.
15 |         Defendant.        | Judge: Hon. Garland E. Burrell, Jr.

16

17      The United States of America, through its counsel Justin L.
18 Lee, and Joe Nersesyan, through his counsel Clyde M. Blackmon,
19 stipulate that the status conference now scheduled for 9:00 a.m.
20 on September 2, 2016, may be continued to October 7, 2016, at
21 9:00 a.m.
22      A continuance of the status conference is necessary because
23 counsel for Mr. Nersesyan needs more time to investigate various
24 aspects of the case.  Therefore, the parties request the Court
25 to continue the status conference to October 7, 2016.
26      The parties further stipulate that the time from the
27 currently set status conference on September 2, 2016, through
28 October 7, 2016, the requested date for the continued status

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1 conference, should be excluded from the computation of the time
2 period in which trial should commence under the Speedy Trial
3 Act.  The parties stipulate that, taking into account the
4 exercise of due diligence, the ends of justice would be served
5 by the Court excluding that period of time from the computation
6 due to the need for defense counsel to have reasonable time for
7 effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv) and
8 Local Code T4.  For these reasons, the parties stipulate and
9 agree that the ends of justice served by granting the requested
10 continuance of the status conference outweigh the bests
11 interests of the public and Mr. Nersesyan in a speedy trial.

12 DATED:    August 30, 2016            Rothschild Wishek & Sands LLP

13                                     By:  //s// Clyde M. Blackmon
                                         CLYDE M. BLACKMON
14                                       Attorneys for Defendant
                                         Joe Nersesyan
15

16 DATED:    August 30, 2016     By: //s// Clyde M. Blackmon for
17                                    Justin L. Lee,
                                      Assistant U.S. Attorney

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**ORDER**

GOOD CAUSE APPEARING on the stipulation of the parties the status conference currently set for September 2, 2016, at 9:00 a.m. is continued to October 7, 2016, at 9:00 a.m. For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through October 7, 2016. For the reason set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Sullivan in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

Dated:   August 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE