1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  JOE NERSESYAN

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:16-CR-00108-GEB
12 |         Plaintiff,               | STIPULATION AND [PROPOSED]
   |                                  | ORDER CONTINUING STATUS
13 |     vs.                          | CONFERENCE
14 | JOE NERSESYAN,                   | Date: October 21, 2016
   |                                  | Time: 9:00 a.m.
15 |         Defendant.               | Judge: Hon. Garland E.
   |                                  | Burrell, Jr.
16

17       The United States of America, through its counsel Justin L.
18  Lee, and Joe Nersesyan, through his counsel Clyde M. Blackmon,
19  stipulate that the status conference now scheduled for 9:00 a.m.
20  on October 21, 2016, may be continued to December 2, 2016, at
21  9:00 a.m.
22       The status conference was previously continued upon the
23  stipulation of the parties to 9:00 a.m. on October 7, 2016.
24  However, due to a calendaring error in his office, counsel for
25  Mr. Nersesyan did not appear in court on that day.  Therefore,
26  the Court, with the consent of the government, continued the
27  matter to October 21, 2016.  A further continuance of the status
28  conference is necessary because counsel for Mr. Nersesyan needs

1. more time to investigate various aspects of the case.
2. Therefore, the parties request the Court to continue the status
3. conference to December 2, 2016.
4.     The parties further stipulate that the time from the
5. currently set status conference on October 21, 2016, through
6. December 2, 2016, the requested date for the continued status
7. conference, should be excluded from the computation of the time
8. period in which trial should commence under the Speedy Trial
9. Act.  The parties stipulate that, taking into account the
10. exercise of due diligence, the ends of justice would be served
11. by the Court excluding that period of time from the computation
12. due to the need for defense counsel to have reasonable time for
13. effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv) and
14. Local Code T4.  For these reasons, the parties stipulate and
15. agree that the ends of justice served by granting the requested
16. continuance of the status conference outweigh the bests
17. interests of the public and Mr. Nersesyan in a speedy trial.
18. DATED:    October 19, 2016    Rothschild Wishek & Sands LLP
19.                                           By:  //s// Clyde M. Blackmon
20.                                              CLYDE M. BLACKMON
                                             Attorneys for Defendant
21.                                              Joe Nersesyan
22. DATED:    October 19, 2016    By: //s// Clyde M. Blackmon for
23.                                                Justin L. Lee,
                                               Assistant U.S. Attorney
24.
25.
26.
27.
28.

1 **ORDER**

2  GOOD CAUSE APPEARING on the stipulation of the parties the
3 status conference currently set for October 21, 2016, at 9:00
4 a.m. is continued to December 2, 2016, at 9:00 a.m. For the
5 reasons stipulated by the parties, good cause exists pursuant to
6 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the
7 Speedy Trial Act through December 2, 2016. For the reason set
8 forth in the stipulation of the parties, the ends of justice
9 served by granting this continuance outweigh the best interests
10 of the public and Mr. Nersesyan in a speedy trial. 18 U.S.C.
11 §3161(h)(7)(B)(iv) and Local Code T4.
12 Dated:  October 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge