1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  JOE NERSESYAN

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No.: 2:16-CR-00108-GEB
12 |         Plaintiff,              | STIPULATION AND [PROPOSED]
   |                                 | ORDER CONTINUING STATUS
13 |     vs.                         | CONFERENCE, SETTING A HEARING
   |                                 | ON DEFENDANT'S MOTION TO
14 | JOE NERSESYAN,                  | SUPPRESS EVIDENCE AND
   |                                 | ESTABLISHING A BRIEFING
15 |         Defendant.              | SCHEDULE
16 |                                 | Date: December 2, 2016
   |                                 | Time: 9:00 a.m.
17 |                                 | Judge: Hon. Garland E.
   |                                 | Burrell, Jr.
18

19     The United States of America, through its counsel Assistant

20 U. S. Attorney Justin L. Lee, and Joe Nersesyan, through his

21 counsel Clyde M. Blackmon, stipulate to the continuance of the

22 status conference now scheduled for 9:00 a.m. on December 2,

23 2016, to January 13, 2017 at 9:00 a.m.  The parties also

24 stipulate that a hearing on Mr. Nersesyan's motion to suppress

25 evidence may be held at the same date and time.  They further

26 stipulate to a briefing schedule in connection with Mr.

27 Nersesyan's motion.

28     Mr. Nersesyan is filing herewith a Notice of Motion and

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, SETTING A
HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND ESTABLISHING A
BRIEFING SCHEDULE

1  Motion to Suppress Evidence for Failure to Provide *Miranda*
2  Admonition Prior to Custodial Interrogation.  The parties have
3  agreed that the hearing on that motion can be held at 9:00 a.m.
4  on January 13, 2017.  They have also agreed that the
5  government's opposition to the motion will be filed no later
6  than December 19, 2016, and Mr. Nersesyan's reply to the
7  government's opposition will be filed by December 27, 2016.
8  Therefore, the parties request the Court to continue the status
9  conference to January 13, 2017, set a hearing on Mr. Nersesyan's
10 motion to suppress evidence at that same date and time, and
11 order the briefing schedule that they have agreed upon.
12      The parties further stipulate that the time from the
13 currently set status conference on December 2, 2016, through
14 January 13, 2017, the requested date for the continued status
15 conference and the hearing on Mr. Nersesyan's motion to suppress
16 evidence, should be excluded from the computation of the time
17 period in which trial should commence under the Speedy Trial Act
18 as delay resulting from a pretrial motion.  18 U.S.C. §
19 3161(h)(1)(D).  For this reason, the parties stipulate and agree
20 that the ends of justice served by granting the requested
21 continuance of the status conference outweigh the best interests
22 of the public and Mr. Nersesyan in a speedy trial.
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1        IT IS SO STIPULATED.

2   DATED:      November 17, 2016    Rothschild Wishek & Sands LLP

3                                    By:  //s// Clyde M. Blackmon
                                          CLYDE M. BLACKMON, Attorneys
4                                         for Defendant Joe Nersesyan

5   DATED:      November 17, 2016    By: //s// Clyde M. Blackmon for
                                         Justin L. Lee,
6                                        Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, SETTING A HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND ESTABLISHING A BRIEFING SCHEDULE

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties the status conference currently set for December 2, 2016, is continued to January 13, 2017, at 9:00 a.m., and a hearing on defendant's Notice of Motion and Motion to Suppress Evidence for Failure to Provide a *Miranda* Admonition Prior to Custodial Interrogation shall be held at the same date and time.  It is further ordered that the government's opposition to defendant's motion shall be filed by December 19, 2016, and defendant's reply to the government's opposition shall be filed by December 27, 2016.

Time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D) due to delay resulting from defendant's pretrial motion to suppress evidence.  For that reason, the Court finds that the ends of justice served by granting the continuance of the status conference outweigh the best interests of the public and Mr. Nersesyan in a speedy trial.

Dated:  November 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge