CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
JOE NERSESYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOE NERSESYAN,<br><br>　　　　Defendant. | Case No.: 2:16-CR-00108-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: January 27, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

The United States of America, through its counsel Justin L. Lee, and Joe Nersesyan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on January 27, 2017, may be continued to February 10, 2017, at 9:00 a.m.

A continuance of the status conference is necessary because the parties are working on settling the case and require more time to determine if they can reach a resolution.  Therefore, the parties request the Court to continue the status conference to February 10, 2017.

The parties further stipulate that the time from the currently set status conference on January 27, 2017, through

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1   February 10, 2017, the requested date for the continued status

2   conference, should be excluded from the computation of the time

3   period in which trial should commence under the Speedy Trial

4   Act.  The parties stipulate that, taking into account the

5   exercise of due diligence, the ends of justice would be served

6   by the Court excluding that period of time from the computation

7   due to the need for defense counsel to have reasonable time for

8   effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv) and

9   Local Code T4.  For these reasons, the parties stipulate and

10  agree that the ends of justice served by granting the requested

11  continuance of the status conference outweigh the best interests

12  of the public and Mr. Nersesyan in a speedy trial.

13       IT IS SO STIPULATED.

14  DATED:      January 25, 2017      Rothschild Wishek & Sands LLP

15                                    By:  //s// Clyde M. Blackmon
16                                         CLYDE M. BLACKMON
                                           Attorneys for Defendant
17                                         Joe Nersesyan

18  DATED:      January 25, 2017      By: //s// Clyde M. Blackmon for
19                                         Justin L. Lee,
                                           Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28

1

**ORDER**

2     GOOD CAUSE APPEARING upon the stipulation of the parties

3 the status conference currently set for January 27, 2017, at

4 9:00 a.m. is continued to February 10, 2017, at 9:00 a.m. For

5 the reasons stipulated to by the parties, good cause exists

6 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded

7 under the Speedy Trial Act through February 10, 2017. For the

8 reason set forth in the stipulation of the parties, the ends of

9 justice served by granting this continuance outweigh the best

10 interests of the public and Mr. Sullivan in a speedy trial. 18

11 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.

12     IT IS SO ORDERED.

13 Dated:  January 26, 2017

14

15

16 _____

17 GARLAND E. BURRELL, JR.
    Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE