CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
JOE NERSESYAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br>JOE NERSESYAN,<br><br>            Defendant. | Case No.: 2:16-CR-00108-GEB<br><br>ORDER PERMITTING FILING OF *EX PARTE* MEMORANDUM REQUESTING AN ORDER AUTHORIZING A SUBPOENA DUCES TECUM AND RELATED DOCUMENTS UNDER SEAL |
|---|---|

GOOD CAUSE APPEARING, it is ordered that defendant's *ex parte* memorandum requesting authorization of a subpoena duces tecum, the declaration of Clyde M. Blackmon, a proposed order authorizing the subpoena and an unissued subpoena to be served on a third party shall be filed under seal.

IT IS SO ORDERED.

Dated:  February 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

- 1 -

ORDER PERMITTING FILING OF *EX PARTE* MEMORANDUM REQUESTING AN ORDER
AUTHORIZING A SUBPOENA DUCES TECUM AND RELATED DOCUMENTS UNDER SEAL