```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  JOE NERSESYAN
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        Case No.: 2:16-CR-00108-GEB
12         Plaintiff,                STIPULATION AND ORDER
                                     CONTINUING SENTENCING HEARING
13      vs.                          AND MODIFYING PRESENTENCE
                                     REPORT SCHEDULE
14  JOE NERSESYAN,
                                     Date: October 27, 2017
15         Defendant.                Time: 9:00 a.m.
                                     Judge: Hon. Garland E.
16                                   Burrell, Jr.
```

17     The United States of America, through its counsel Assistant
18 U. S. Attorney Cameron Desmond, and Joe Nersesyan, through his
19 counsel Clyde M. Blackmon, stipulate that the sentencing hearing
20 for Mr. Nersesyan now scheduled for 9:00 a.m. on October 27,
21 2017, may be continued to 9:00 a.m. on November 17, 2017.  The
22 parties further stipulate that they may file their Replies or
23 Statements of Non-Opposition to the opposing party's Motion for
24 Correction of the Presentence Investigative Report (PSR) on or
25 before November 10, 2017.
26     A continuance of the sentencing hearing and modification of
27 the PSR schedule is necessary because counsel for Mr. Nersesyan
28 has experienced medical problems during the week of October 15,

2017, which have caused him to be out of his office for three days.  As a result, he has not been able to prepare a reply to the government's Motion for Correction of the PSR and a Sentencing Memorandum which were due to be filed with the court on October 20, 2017.

    IT IS SO STIPULATED.

DATED: October 20, 2017　　Rothschild Wishek & Sands LLP

By: //s// Clyde M. Blackmon
CLYDE M. BLACKMON
Attorneys for Defendant
Joe Nersesyan

DATED: October 20, 2017　　By: //s// Cameron Desmond
CAMERON DESMOND,
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing now scheduled for 9:00 a.m. on October 27, 2017, is continued to 9:00 a.m. on November 17, 2017. It is further ordered that the parties may file their Replies or Statements of Non-Opposition to the opposing party's Motion for Correction of the PSR on November 10, 2017.

IT IS SO ORDERED.

Dated: October 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge